JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA LOURDES SUAREZ,<br><br>           Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. CV 08-3989-OP<br><br>JUDGMENT |

    Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security, and dismissing this action with prejudice.

DATED:    September 15, 2009

                                    HONORABLE OSWALD PARADA
                                    United States Magistrate Judge